# District of Columbia Court of Appeals



FILED
AUG 07 2025
DISTRICT OF COLUMBIA
COURT OF APPEALS

No. 25-BG-0736

IN RE SHON R. HOPWOOD, ESQUIRE,
              Respondent.
A Member of the Bar of the
District of Columbia Court of Appeals
**Bar Registration No. 1631420**              DDN: 2025-D122

## O R D E R

On consideration of an accurate copy of a verdict form showing that respondent was found guilty in D.C. Superior Court on multiple counts of assault, obstructing justice, and contempt, in violation of D.C. Code §§ 22-404, 22-722, & 23-1329, and it appearing that obstructing justice is a "serious crime" as defined by D.C. Bar R. XI, § 10(b), it is

ORDERED that respondent is suspended immediately from the practice of law in the District of Columbia pending resolution of this matter, and the Board on Professional Responsibility is directed to institute a formal proceeding to determine the nature of the offense and whether it involves moral turpitude within the meaning of D.C. Code § 11-2503(a).  See D.C. Bar R. XI, 10(c).  It is

FURTHER ORDERED that respondent's attention is directed to the requirements of D.C. Bar R. XI, § 14, relating to suspended attorneys and to the provisions of D.C. Bar R. XI, § 16(c), dealing with the timing of eligibility for reinstatement as related to compliance with Rule XI, § 14, including the filing of the required affidavit.  It is

FURTHER ORDERED that Disciplinary Counsel shall inform the court if the matter is resolved without the necessity of further court action.

                        BY THE COURT:

                        CORINNE BECKWITH
                        Acting Chief Judge

**No. 25-BG-0736** 2

Copy mailed to:

Shon R. Hopwood (DCDC#: 374088)
Central Detention Facility
1901 D Street, SE
Washington, DC 20003

Copies e-served to:

James T. Phalen, Esquire
Board on Professional Responsibility

Hamilton P. Fox, III, Esquire
Angela Walker, Esquire
Office of Disciplinary Counsel

oio

*A true Copy Test:*
Julio Castillo
Clerk of the District of Columbia Court of Appeals
BY _____
DEPUTY CLERK
Julio Castillo
Clerk of the District of Columbia
Court of Appeals